

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF ILLINOIS
#### 301 West Main Street
#### Benton, IL 62812
#### 618/438-0671

Norbert G.
Jaworski

May 30, 2000

Mr. Michael C. Dobbins, Clerk
U.S. Clerk's Office
Northern District of Illinois
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

*FILED*

*JUN 0 2 2000*
*MICHAEL W. DOBBINS*
*CLERK, U. S. DISTRICT COURT*

Re: USA v Antwin Morris
SD/IL No. 95-40040-01-JPG

Dear Mr. Dobbins:

Enclosed are certified copies of the Transfer of Jurisdiction of Probation and docket sheet of Antwin Morris. We will forward certified copies of the indictment and judgment and commitment order as soon as we received the file from the Federal Records Center.

Please acknowledge receipt of these documents by signing below and a copy of this letter to our office.

Sincerely,

Norbert G. Jaworski, Clerk

*DOCKETED*

*JUN 0 5 2000*

By ~~Donna Stull~~
Donna Stull, Deputy Clerk

Enclosures

cc  U.S. Probation-Benton
    U.S. Attorney-Benton
    Financial Deputy, ESL

Receipt Acknowledged On: _06/02/00_

By: _____

Assigned Number **00CR0430**

*JUDGE BUCKLO*

| PROB 22 (Rev. 2/88) | | **FILED** | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | MAY 24 2000 | 0754 4:95CR40040-001(JPG) |
| | | CLERK, U. S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION/OFFICE |
|---|---|---|
| Antwin Morris 3819 St. Charles Place Bellwood, Illinois 60104 | Southern District of Illinois | U. S. Probation Office Benton, Illinois 62812 |

FILED

JUN 0 2 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Chief Judge J. Phil Gilbert |

| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 05/21/1999 | TO 05/20/2004 |
|---|---|---|

| OFFENSE |
|---|
| Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base |

**JUDGE BUCKLO**

**00CR0430**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF ILLINOIS</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

DOCKETED

JUN 0 5 2000

| 05/08/2000 | *J. Phil Gilbert* |
|---|---|
| Date | Chief United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

CERTIFIED TRUE COPY
By: _____
Deputy Clerk
Date 5-31-00

| 5/17/00 | |
|---|---|
| Effective Date | United States District Judge |

123

FILED

JUN 02 2000    TERMED

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

### U.S. District Court
### Southern District of Illinois (Benton)

CRIMINAL DOCKET FOR CASE #: 95-CR-4...

USA v. Morris, et al
Dkt# in other court: None

Case Assigned to: Chief Judge J. Phil Gilbert

Filed: 06/12/95

JUDGE BUCKLO

00CR0430

FILED

JUN 02 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

ANTWIN MORRIS (1)
    defendant
    [term 02/27/97]

Arthur J. O'Donnell
[term 02/27/97]
[COR LD NTC ret]
Attorney at Law
Cook County
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603
312-427-4500

| Pending Counts: | Disposition |
| --- | --- |
| 21:841(a)(1) & 846=CD.F CONTROLLED SUB-SELL,DISTRIBUTE, OR DISPEN (conspiracy to distribute and possess with intent to distribute crack cocaine) (1s) | defendant committed to the custody of the U.S.B.P. for a term of 58 months, to be followed by a 5 year term of supervised release; defendant to pay a $500.00 fine (interest waived) and a $50.00 special asssessment; defendant remanded to the custody of the U.S. Marshal (1s) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
| --- | --- |
| 21:846=CD.F CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN (Conspiracy to distribute and possess with intent to distribute crack cocaine) (1) | statistically dismissed count 1 due to sentencing as to count 1s (1) |

Offense Level (disposition): 4

Docket as of May 30, 2000 2:58 pm

Page 1

CERTIFIED TRUE COPY
By _____
Deputy Clerk
Date 5-31-00

```
Proceedings include all events.
4:95cr40040-ALL USA v. Morris, et al                              TERMED
```

Complaints:

    NONE

========================

Case Assigned to:  Chief Judge J. Phil Gilbert

DAMAKO E RANSOM (2)
    defendant
    [term  02/27/97]

                    Charles L. Nesbit
                    [term  02/27/97]
                    [COR LD NTC ret]
                    Attorney at Law
                    Cook County
                    105 West Madison
                    Suite 700
                    Chicago, IL 60602
                    312-201-9090

                    Damako E Ransom
                    [term  02/27/97]
                    [COR LD NTC] [PRO SE]
                    One North Main Street
                    Harrisburg, IL 62946

Pending Counts:                    Disposition

21:841(a)(1) & 846=CD.F
CONTROLLED SUB-SELL,DISTRIBUTE,
OR    DISPEN (conspiracy to
distribute and possess with
intent to  distribute crack
cocaine)
(1s)

defendant committed to the
custody of the U.S.B.P. for a
term of 90 months as to count
1s, to be followed by a 5
year term of supervised
release; defendant to pay a
$500.00  fine (interest waived)
and a $50.00 special
assessment;       defendant
remanded to the custody of the
U.S. Marshal       (1s)

Offense Level (opening): 4

Terminated Counts:              Disposition

21:846=CD.F CONTROLLED SUB-
SELL,DISTRIBUTE,OR DISPEN
(Conspiracy to distribute and
possess with intent to
distribute crack cocaine)
(1)

statistically dismissing count
1 due to sentencing as to
count 1s
(1)

```
Proceedings include all events.                              TERMED
4:95cr40040-ALL USA v. Morris, et al


Offense Level (disposition): 4



Complaints:

    NONE


========================

Case Assigned to:  Chief Judge J. Phil Gilbert

MICHAEL MCCLINTON (3)              Melissa A. Day
      defendant                     [term  11/07/96]
   [term 11/07/96]                  [COR LD NTC pda]
                                    Assistant Federal Public
                                    Defender
                                    Franklin County
                                    112 North DuQuoin Street
                                    P.O. Box 1075
                                    Benton, IL 62812
                                    618-435-2552

                                    Duane P. Verity
                                     [term  11/07/96]
                                    [COR LD NTC ret]
                                    Verity & Thompson
                                    Williamson County
                                    602 Tower Square Plaza
                                    Marion, IL 62959
                                    618-993-8000

                                    Patricia Littleton
                                     [term  07/20/95]
                                    618-993-6784 fax
                                    [COR LD NTC ret]
                                    Attorney at Law
                                    Williamson County
                                    104 West Calvert Street
                                    P.O. Box 907
                                    Marion, IL 62959
                                    618-993-8420
                                    FTS 993-6784
```

Proceedings include all events.
4:95cr40040-ALL USA v. Morris, et al
                                                                    TERMED

Pending Counts:                        Disposition

21:841(a)(1) & 846=CD.F            defendant committed to the
CONTROLLED SUB-SELL,DISTRIBUTE,    custody of the USBP for a term
OR    DISPEN (conspiracy to        of 63 months as to count 2 of
distribute and possess with        the Superseding Indictment;
intent to  distribute crack        upon release from imprisonment,
cocaine)                           defendant on supervised
(2s)                               release for 5 years as to count
                                   2 of the Superseding
                                   Indictment; defendant fined a
                                   total amount of $500.00
                                   (interest waived); defendant to
                                   pay a special assessment in
                                   the amount of $50.00; defendant
                                   remanded to the custody of
                                   the U.S. Marshal
                                   (2s)

Offense Level (opening): 4


Terminated Counts:                     Disposition

21:841(a)(1) & 846=CD.F
CONTROLLED SUB-SELL,DISTRIBUTE,
OR    DISPEN (conspiracy to
distribute and possess with
intent to  distribute crack
cocaine)
(1s)

21:846=CD.F CONTROLLED SUB-        count 1 statistically dismissed
SELL,DISTRIBUTE,OR DISPEN          due to dismissal of count    1s
(Conspiracy to distribute and     (1)
possess with intent to
distribute crack cocaine)
(1)

Offense Level (disposition): 4


Complaints:

    NONE


U. S. Attorneys:

Docket as of May 30, 2000 2:58 pm             Page 4

Proceedings include all events.
4:95cr40040-ALL USA v. Morris, et al                                   TERMED

    Robert T. Coleman
     [term  11/09/95]
    618-628-3730 fax
    [COR LD NTC]
    Robert L. Garrison
    618-628-3730 fax
    [COR LD NTC]
    Assistant U.S. Attorney
    St. Clair County
    9 Executive Drive
    Suite 300
    Fairview Heights, IL 62208
    618-628-3700
    FTS 628-3730

Proceedings include all events.                                                    TERMED
4:95cr40040-ALL USA v. Morris, et al

6/8/95      2        PRAECIPE for Warrant as to Antwin Morris (krm)
                     [Entry date 06/12/95]

6/8/95      --       ARREST Warrant issued for Antwin Morris (krm)
                     [Entry date 06/12/95]

6/8/95      3        PRAECIPE for Warrant as to Damako E Ransom (krm)
                     [Entry date 06/12/95]

6/8/95      --       ARREST Warrant issued for Damako E Ransom (krm)
                     [Entry date 06/12/95]

6/8/95      4        PRAECIPE for Warrant as to Michael McClinton (krm)
                     [Entry date 06/12/95]

6/8/95      --       ARREST Warrant issued for Michael McClinton (krm)
                     [Entry date 06/12/95]

6/12/95     1        INDICTMENT by USA  Counts filed against Antwin Morris (dft
                     1) count 1; Damako E Ransom (dft 2) count 1; Michael
                     McClinton (dft 3) count 1 (Indictment originally filed
                     under seal 6/8/95) (krm) [Entry date 06/12/95]

6/12/95     --       ARREST of defendant Michael McClinton on 6/12/95 (krm)
                     [Entry date 06/12/95]

6/12/95     5        MINUTES OF INITIAL APPEARANCE AND ARRAIGNMENT (krm): before
                     Mag Judge Philip M. Frazier  initial appearance of Michael
                     McClinton; Attorney J. Kuenneke present on behalf of M.
                     Day, AFPD;  dft Michael McClinton arraigned; not guilty
                     plea entered;   (cc: all counsel)  Court Reporter Tape
                     95-05 (krm) [Entry date 06/12/95]

6/12/95     5        ORAL MOTION to detain made by USA at initial appearance
                     and arraignment as to Michael McClinton (krm)
                     [Entry date 06/12/95]

6/12/95     6        ORDER for pretrial discovery and inspection as to defendant
                     Michael McClinton by Mag Judge Philip M. Frazier  (cc: all
                     counsel) (krm) [Entry date 06/12/95]

6/12/95     7        CJA Form 23 (Financial Affidavit) as to Michael McClinton
                     (krm) [Entry date 06/12/95]

6/12/95     8        ORDER appointing FPD for Michael McClinton by Mag Judge
                     Philip M. Frazier  (cc:  all counsel) (krm)
                     [Entry date 06/12/95]

6/12/95     9        ORDER of Temporary Detention Pending Hearing entered by Mag
                     Judge Philip M. Frazier as to Michael McClinton;  Detention
                     hrg set for 10:00 AM, 6/15/95 for Michael McClinton before
                     Mag/Judge Clifford J. Proud in the USDC/East St. Louis, IL
                     (cc:  all counsel) (krm) [Entry date 06/12/95]

Proceedings include all events.                                    TERMED
4:95cr40040-ALL USA v. Morris, et al

6/12/95    10     NOTICE to all parties. Final pretrial conference set for
                  9:30 AM, 8/3/95 for Michael McClinton before Chief Judge J.
                  P. Gilbert in the USDC/Benton, IL;  Jury trial set for 9:00
                  AM, 8/14/95 for Michael McClinton before Chief Judge J. P.
                  Gilbert in the USDC/Benton, IL  (cc: all counsel) (krm)
                  [Entry date 06/12/95]

6/15/95    11     MINUTES OF DETENTION HEARING (amv):  before Mag/Judge
                  Clifford J. Proud  detention hearing held on 6/15/95 as to
                  Michael McClinton,  unsecured Bond set for Michael
                  McClinton.  See minutes for specifics (cc: all counsel)
                  Court Reporter electronic (amv) [Entry date 06/15/95]

6/15/95    13     APPEARANCE BOND executed ( $100,000 unsecured) by Michael
                  McClinton and Gloria McClinton (amv) [Entry date 06/15/95]

6/15/95    14     ORDER setting conditions of release for Michael McClinton
                  by Mag/Judge Clifford J. Proud   (cc: all counsel) (amv)
                  [Entry date 06/15/95]

6/15/95    12     APPEARANCE for defendant Michael McClinton by Attorney
                  Patricia Littleton (djs) [Entry date 06/21/95]

6/19/95    15     ENTRY OF APPEARANCE, PLEA OF NOT GUILTY AND DEMAND FOR JURY
                  TRIAL for defendant Michael McClinton by Attorney Patricia
                  Littleton (vlm) [Entry date 06/19/95]

7/6/95     16     SUPERSEDING indictment by USA; counts filed against Antwin
                  Morris (1) count(s) 1s; Damako E Ransom (2) count(s) 1s;
                  Michael McClinton (3) count(s) 1s, 2s (djs)
                  [Entry date 07/10/95]

7/6/95     17     PRAECIPE for Warrants as to Antwin Morris, Damako E Ransom,
                  Michael McClinton (warrants issued to USMarshal in Benton)
                  (djs) [Entry date 07/10/95]

7/11/95    18     NOTICE to all parties. Arraignment on Superseding
                  Indictment set for 9:00 AM, 7/20/95 for Michael McClinton
                  before Mag Judge Philip M. Frazier in the USDC/Benton, IL
                  as to Michael McClinton (cc: all counsel) (krm)
                  [Entry date 07/11/95]

7/17/95    --     ARREST Warrant Executed as to Michael McClinton on 6/12/95
                  (vlm) [Entry date 07/18/95]

7/17/95    --     ARREST Warrant returned unexecuted as to Damako E Ransom
                  (superseding indictment filed) (vlm) [Entry date 07/18/95]

7/17/95    --     ARREST Warrant returned unexecuted as to Antwin Morris
                  (superseding indictment filed) (vlm) [Entry date 07/18/95]

7/20/95    19     MOTION for withdrawal of attorney Patricia Littleton  by
                  Michael McClinton (djs) [Entry date 07/21/95]

Proceedings include all events.                                    TERMED
4:95cr40040-ALL USA v. Morris, et al

7/20/95   20        MINUTES of ARRAIGNMENT ON SUPERSEDING INDICTMENT:  before
                    Mag Judge Philip M. Frazier:  defendant McClinton pleads
                    not guilty to counts 1 and 2 of superseding indictment;
                    granting motion for withdrawal of attorney Patricia
                    Littleton [19-1] withdrawing attorney Patricia Littleton
                    for Michael McClinton; defendant's oral motion to amend
                    order setting conditions of release is granted (see minutes
                    for details); oral motion of defendant's mother for
                    defendant to seek employment is denied; defendant to notify
                    court through pretrial services if he is unable to retain
                    counsel;  arraignment held on 7/20/95 as to Michael
                    McClinton  (cc: all counsel) Court Reporter Jane McCorkle
                    (djs) [Entry date 07/21/95]

7/27/95   21        RULE 40 Documents received from Northern District of
                    Illinois as to defendant Damako E Ransom:  Docket Entries
                    in 95-CR419-1 (certified copy), original Rule 40 Affidavit
                    for Removal Proceedings, copy of the Superseding Indictment
                    in 95-CR-40040-JPG, copy of Warrant for Arrest in
                    95-CR-40040-JPG, original minutes of initial appearance
                    (defendant ordered removed to Southern District of
                    Illinois) and original Attorney Appearance Form (vlm)
                    [Entry date 07/28/95]

7/28/95   --        REMARK  Notified Mag/Frazier's Office of receipt of Rule 40
                    Papers on Damako Ransom (vlm) [Entry date 07/28/95]

7/31/95   22        APPEARANCE for defendant Michael McClinton by Attorney
                    Duane P. Verity (djs) [Entry date 07/31/95]

7/31/95   23        MOTION to continue 8/3/95 final pretrial conference  by
                    Michael McClinton w/prop order (djs) [Entry date 07/31/95]

8/1/95    24        ORDER regarding Jury Instructions by Chief Judge J. P.
                    Gilbert (cc: all counsel) (vlm) [Entry date 08/02/95]

8/1/95    25        ORDER by Chief Judge J. P. Gilbert granting motion to
                    continue 8/3/95 final pretrial conference [23-1] ; prttrl
                    conf reset for 9:30 AM 9/22/95 for Michael McClinton before
                    Chief Judge J. P. Gilbert in the USDC/Benton, IL; jury
                    trial re set 9:00 AM 9/25/95 for Michael McClinton before
                    Chief Judge J. P. Gilbert in the USDC/Benton, IL; XT
                    started and stopped for speedy trial purposes    (cc:
                    all counsel) (djs) [Entry date 08/02/95]

8/3/95    --        ARREST Warrant Executed as to Michael McClinton on 7/10/95
                    (vlm) [Entry date 08/04/95]

Proceedings include all events.                                      TERMED
4:95cr40040-ALL USA v. Morris, et al

8/11/95    26      MINUTES OF INITIAL APPEARANCE AND ARRAIGNMENT ON
                   SUPERSEDING INDICTMENT (krm): before Mag Judge Philip M.
                   Frazier  initial appearance of Damako E Ransom; dft
                   Damako E Ransom arraigned; not guilty plea entered; No
                   attorney present, court advised deft has retained counsel
                   Charles Nesbit; final prtrl conf set for 9:30 AM, 9/22/95
                   for Damako E Ransom before Chief Judge J. P. Gilbert in the
                   USDC/Benton, IL; jury trial set for 9:00 AM, 9/25/95 for
                   Damako E Ransom before Chief Judge J. P. Gilbert in the
                   USDC/Benton, IL   (cc: all counsel) Court Reporter Jane
                   McCorkle (krm) [Entry date 08/15/95]

8/11/95    26      ORAL MOTION to detain  by USA as to Damako E Ransom (krm)
                   [Entry date 08/15/95]

8/11/95    27      ORDER for pretrial discovery and inspection as to defendant
                   Damako E Ransom by Mag Judge Philip M. Frazier  (cc:  all
                   counsel) (krm) [Entry date 08/15/95]

8/11/95    28      ORDER of Temporary Detention Pending Hearing by Mag Judge
                   Philip M. Frazier as to Damako E Ransom;  detention hrg set
                   1:00 PM, 8/16/95 for Damako E Ransom before Mag Judge
                   Philip M. Frazier in the USDC/Benton, IL  (cc:  all
                   counsel) (krm) [Entry date 08/15/95]

8/14/95    --      ARREST Warrant Executed (Superseding Indictment) as to
                   Damako E Ransom on 7/17/95 (vlm) [Entry date 08/15/95]

8/16/95    29      MINUTES OF DETENTION HEARING (DAMAKO RANSOM) (krm):  before
                   Mag Judge Philip M. Frazier; hearing held; motion to detain
                   [26-1] GRANTED; written order to enter (cc: all
                   counsel) Court Reporter Jane McCorkle (vlm)
                   [Entry date 08/16/95]

8/16/95    30      APPEARANCE for defendant Damako E Ransom by Attorney
                   Charles L. Nesbit (vlm) [Entry date 08/16/95]

8/16/95    --      REMARK Copy of docket entries indicating current settings
                   and Order for Pre-Trial Discovery and Inspection mailed to
                   Attorney Nesbit (vlm) [Entry date 08/16/95]
                   [Edit date 08/16/95]

8/17/95    31      ORDER of Detention by Mag Judge Philip M. Frazier as to
                   Damako E Ransom (cc: all counsel) (djs)
                   [Entry date 08/17/95]

9/5/95     --      RULE 40 Removal warrant returned executed on 9/5/95 as to
                   Antwin Morris (krm) [Entry date 09/07/95]

Proceedings include all events.
4:95cr40040-ALL USA v. Morris, et al                                    TERMED

9/5/95    32    MINUTES OF INITIAL APPEARANCE AND ARRAIGNMENT (kjr): before
                Mag Judge Philip M. Frazier  initial appearance of Antwin
                Morris; Attorney J. Kuenneke present for Melissa Day;
                dft Antwin Morris arraigned; not guilty plea entered;
                final pretrial conf set for 9:30 AM, 10/26/95 for Antwin
                Morris, for Damako E Ransom, for Michael McClinton before
                Chief Judge J. P. Gilbert in the USDC/Benton, IL; jury
                trial set for 9:00 AM, 10/30/95 for Antwin Morris, for
                Damako E Ransom, for Michael McClinton before Chief Judge
                J. P. Gilbert in the USDC/Benton, IL  (cc: all counsel)
                Court Reporter Tape 95-14 (krm) [Entry date 09/07/95]

9/5/95    32    ORAL MOTION to detain  by USA as to Antwin Morris (krm)
                [Entry date 09/07/95]

9/5/95    33    ORDER of Temporary Detention Pending Hearing by Mag Judge
                Philip M. Frazier as to Antwin Morris; detention hrg set
                10:30 AM,  9/6/95 for Antwin Morris before Mag Judge Philip
                M. Frazier in the USDC/Benton, IL  (cc: all counsel) (krm)
                [Entry date 09/07/95]

9/5/95    34    ORDER for pretrial discovery and inspection as to defendant
                Antwin Morris by Mag Judge Philip M. Frazier  (cc: all
                counsel) (krm) [Entry date 09/07/95]

9/6/95    35    MINUTES OF DETENTION HEARING (krm):  before Mag Judge
                Philip M. Frazier  detention hearing held on 9/6/95 as to
                Antwin Morris  (cc: all counsel)  Court Reporter Jane
                McCorkle (krm) [Entry date 09/07/95]

9/6/95    36    ORDER of Detention by Mag Judge Philip M. Frazier as to
                Antwin Morris (cc: all counsel) (krm) [Entry date 09/07/95]

9/7/95    --    ARREST of defendant Antwin Morris  on 9/5/95 (krm)
                [Entry date 09/07/95]

9/7/95    37    NOTICE to all parties. final pretrial conf set for 9:30AM,
                10/26/95 for Antwin Morris, for Damako E Ransom, for
                Michael McClinton before Chief Judge J. P. Gilbert in the
                USDC/Benton, IL; jury trial set 9:00 AM, 10/30/95 for
                Antwin Morris, for Damako E Ransom, for Michael McClinton
                before Chief Judge J. P. Gilbert in the USDC/Benton, IL as
                to Antwin Morris, Damako E Ransom, Michael McClinton (cc:
                all counsel) (krm) [Entry date 09/07/95]

Proceedings include all events.
4:95cr40040-ALL USA v. Morris, et al                              TERMED

9/18/95   38     RULE 40 Documents received from Northern District of
                 Illinois as to defendant Antwin Morris:  Docket Entries
                 (certified copy) in 95-CR-00484, Affidavit of Complaint (or
                 Indictment) in Removal Proceedings, Copy of Arrest Warrant
                 in 95-CR-40040, Copy of Indictment in 95-CR-40040, Minutes
                 of Initial Appearance and Removal Proceedings, Financial
                 Affidavit, CJA 20 Appointment Voucher (0300529), Attorney
                 Appearance Form, Minutes of 8/28/95 hearing, Attorney
                 Appearance Form and Affidavit Evidencing Compliance with
                 General Rule 39 (vlm) [Entry date 09/19/95]

9/20/95   --     ARREST Warrant Executed as to Antwin Morris on 8/21/95 (vlm)
                 [Entry date 09/25/95]

10/3/95   39     APPEARANCE for defendant Antwin Morris by Attorney Arthur
                 J. O'Donnell (vlm) [Entry date 10/03/95]

10/3/95   40     MOTION for reconsideration of order of detention with
                 attachments by Antwin Morris without proposed order (vlm)
                 [Entry date 10/03/95]

10/3/95   --     REMARK  Copy of docket entries (with current settings
                 highlighted) and copy of indictment to Attorney O'Donnell
                 (vlm) [Entry date 10/03/95]

10/12/95  --     PROPOSED Order (as to Motion to Reconsider Detention Order)
                 submitted by defendant Antwin Morris (vlm)
                 [Entry date 10/12/95]

10/23/95  --     TRANSCRIPT of detention hearing (ANTWIN MORRIS); 1
                 volume(s) Court Reporter: Jane McCorkle (vlm)
                 [Entry date 10/23/95]

10/26/95  41     NOTICE to all parties.  ;Hearing on Motion to reconsider
                 order of detention set 3:00 pm on 11/9/95 for Antwin Morris
                 before Chief Judge J. P. Gilbert in the USDC/Benton, IL as
                 to Antwin Morris (cc: all counsel) (kjr)
                 [Entry date 10/26/95]

10/30/95  42     NOTICE to all parties.  ;prttrl conf set for 3:00 pm on
                 11/9/95 for Antwin Morris, for Damako E Ransom, for Michael
                 McClinton before Chief Judge J. P. Gilbert in the
                 USDC/Benton, IL ;jury trial set 9:00 am  on 11/20/95 for
                 Antwin Morris, for Damako E Ransom, for Michael McClinton
                 before Chief Judge J. P. Gilbert in the USDC/Benton, IL as
                 to Antwin Morris, Damako E Ransom, Michael McClinton (cc:
                 all counsel) (kjr) [Entry date 10/30/95]

10/31/95  43     MOTION to continue 11/9/95 final pretrial conference  by
                 Damako E Ransom without prop/order (djs)
                 [Entry date 11/02/95]

Proceedings include all events.
4:95cr40040-ALL USA v. Morris, et al                          TERMED

11/6/95   44    ORDER by Chief Judge J. P. Gilbert ruling on motion to
                continue 11/9/95 final pretrial conference [43-1]; court
                cancels pretrial conference set for 11/9/95 and all
                parties should appear to jury trial on 11/20/95 at 9:00 AM
                (cc: all counsel) (djs) [Entry date 11/09/95]

11/9/95   45    NOTICE OF SUBSTITUTION of Attorney Robert L. Garrison
                replacing attorney Robert T. Coleman for USA (vlm)
                [Entry date 11/14/95]

11/9/95   46    MOTION to continue trial set for 11/20/95 by Damako E
                Ransom (without proposed order) (vlm) [Entry date 11/14/95]

11/9/95   47    ORAL MOTION to continue trial made by Antwin Morris at
                the hearing on the Motion to Reconsider (vlm)
                [Entry date 11/14/95]

11/9/95   47    MINUTES OF HEARING ON MOTION TO RECONSIDER (MORRIS) (kjr):
                before Chief Judge J. P. Gilbert; hearing held and motion
                argued; granting oral motion to continue [47-1];
                denying motion for reconsideration of order of detention
                [40-1]; XT Excludable (Interest of Justice) started as to
                Antwin Morris, Damako Ransom, Michael McClinton with stop
                date of 1/29/96; estimated trial time is 4 days; jury
                trial reset for 9:00 AM 1/29/96 for Antwin Morris, for
                Damako E Ransom, for Michael McClinton before Chief Judge J.
                P. Gilbert in the USDC/Benton, IL (cc: all counsel) Court
                Reporter Jane McCorkle (vlm) [Entry date 11/14/95]
                [Edit date 11/14/95]

11/20/95  48    ORDER by Chief Judge J. P. Gilbert granting Ransom's motion
                to continue trial set for 11/20/95 [46-1]; jury trial
                reset to 9:00 AM 1/29/96 for Antwin Morris, for Damako E
                Ransom, for Michael McClinton before Chief Judge J. P.
                Gilbert in the USDC/Benton, IL; XT Excludable (Interest
                of Justice) ordered to begin 11/20/95 with stop date of
                1/29/96 as to Antwin Morris, Damako E Ransom, Michael
                McClinton (cc: all counsel) (vlm) [Entry date 11/20/95]

1/24/96   49    MOTION to continue 1/29/96 setting until 4/29/96 by Damako
                E Ransom with proposed order (vlm) [Entry date 01/24/96]
                [Edit date 01/24/96]

1/29/96   50    ORDER by Chief Judge J P. Gilbert granting motion to
                continue 1/29/96 setting until 4/29/96 [49-1]; jury trial
                reset for 9:00 AM 4/29/96 for Antwin Morris, for Damako E
                Ransom, for Michael McClinton before Chief Judge J. P.
                Gilbert in the USDC/Benton, IL; XT Excludable (Interest
                of Justice) started 1/29/96 with stop date of 4/29/96 as to
                Antwin Morris, Damako E Ransom, Michael McClinton (cc:
                all counsel) (vlm) [Entry date 01/30/96]

Proceedings include all events.
4:95cr40040-ALL USA v. Morris, et al                          TERMED

4/5/96    51    MOTION for order directing U.S. Marshal to transport
                defendant from Saline County Detention Center to Franklin
                County Jail for preparation for trial by Antwin Morris
                with proposed order (vlm) [Entry date 04/08/96]

4/12/96   52    ORDER by Chief Judge J. P. Gilbert  denying motion for
                order directing U.S. Marshal to transport defendant from
                Saline County Detention Center to Franklin County Jail for
                preparation for trial [51-1] (cc:  all counsel) (djs)
                [Entry date 04/12/96]

4/24/96   53    APPLICATION for Writ of Habeas Corpus Ad Testificandum by
                USA for Woodrow Wilson Phillips for May 7, 1996 at 9:00 AM
                in Benton, Il before Chief Judge Gilbert (for trial) with
                proposed order and proposed WHCAT (vlm)
                [Entry date 04/24/96]

4/24/96   54    ORDER by Chief Judge J. P. Gilbert granting application for
                WHCAT for Woodrow Wilson Phillips for May 7, 1996 at 9:00
                AM in Benton, IL [53-1] (cc: all counsel) (vlm)
                [Entry date 04/25/96]

4/25/96   --    WRIT (WHCAT for Woodrow Wilson Phillips for 5/7/96 at 9:00
                AM in Benton, IL) issued to US Marshal/Benton (vlm)
                [Entry date 04/25/96]

4/29/96   55    MOTION to continue jury trial currently set for 5/13/96
                by Damako E Ransom with proposed order (vlm)
                [Entry date 04/29/96]

4/30/96   56    NOTICE to all parties.  ;jury trial reset to 9:00 am on
                5/14/96 for Antwin Morris, for Damako E Ransom, for Michael
                McClinton before Chief Judge J. P. Gilbert in the
                USDC/Benton, IL as to Antwin Morris, Damako E Ransom,
                Michael McClinton (cc: all counsel) (kjr)
                [Entry date 04/30/96]

5/8/96    57    ORDER by Chief Judge J. P. Gilbert granting motion to
                continue jury trial currently set for 5/13/96 [55-1];
                jury trial set for 9:00 AM 6/12/96 for Antwin Morris, for
                Damako E Ransom, for Michael McClinton before Chief Judge
                J. P. Gilbert in the USDC/Benton, IL; XT Excludable
                started as to Antwin Morris, Damako E Ransom, Michael
                McClinton with stop date of 6/12/96 (cc: all counsel) (vlm)
                [Entry date 05/09/96]

5/17/96   58    APPLICATION for Writ of Habeas Corpus Ad Testificandum by
                USA for Woodrow Wilson Phillips for 6/12/96 at Benton, IL
                with proposed order and proposed WHCAT (vlm)
                [Entry date 05/20/96]

5/20/96   59    ORDER by Chief Judge J. P. Gilbert granting application for
                WHCAT for Woodrow Wilson Phillips for 6/12/96 in Benton, IL
                [58-1] (cc: all counsel) (vlm) [Entry date 05/21/96]

Proceedings include all events.
4:95cr40040-ALL USA v. Morris, et al                              TERMED

5/21/96   --      WRIT (WHCAT) issued to U.S. Marshal/Benton for Woodrow
                  Wilson Phillips for 6/12/96 at 9:00 AM in Benton, IL (vlm)
                  [Entry date 05/21/96]

6/12/96   60      MOTION in limine to exclude testimony regarding gang
                  activity or affiliation on the part of any or all of the
                  defendants by Antwin Morris, Damako E Ransom, Michael
                  McClinton (no certificate of service -- filed in open
                  court) (vlm) [Entry date 06/13/96]

6/12/96   61      MOTION in limine to exclude from the trial any evidence
                  relating to the 12 grams of cocaine which is subject matter
                  of count 2 of the indictment by Antwin Morris, Damako E
                  Ransom  (no certificate of service -- filed in open court)
                  (vlm) [Entry date 06/13/96]

6/12/96   62      MINUTES OF CHANGE OF PLEA (DAMAKO E RANSOM) (kjr):  before
                  Chief Judge J. P. Gilbert guilty plea entered by Damako E
                  Ransom as to count 1s; Sent/disp hrg set for 9:00 AM
                  9/13/96 for Damako E Ransom before Chief Judge J. P.
                  Gilbert in the USDC/Benton, IL; defendant remanded to the
                  custody of the U.S. Marshal (cc: all counsel) Court
                  Reporter Jane McCorkle (vlm) [Entry date 06/13/96]

6/12/96   63      MINUTES OF CHANGE OF PLEA (ANTWIN MORRIS) (kjr):  before
                  Chief Judge J. P. Gilbert guilty plea entered by Antwin
                  Morris as to count 1s; Sent/disp hrg set for 9:00 AM
                  9/13/96 for Antwin Morris before Chief Judge J. P. Gilbert
                  in the USDC/Benton, IL; defendant remanded to the custody
                  of the U.S. Marshal (cc: all counsel) Court Reporter Jane
                  McCorkle (vlm) [Entry date 06/13/96]

6/12/96   64      MINUTES OF CALL FOR JURY TRIAL (MICHAEL McCLINTON) (kjr):
                  before Chief Judge J. P. Gilbert; co-defendants Morris and
                  Ransom to plead today; jury trial reset for 9:00 AM
                  6/18/96 for Michael McClinton before Chief Judge P. Gilbert
                  in the USDC/Benton, IL; jury panel present excused and new
                  panel to be called for 6/18/96 (cc: all counsel) Court
                  Reporter Jane McCorkle (vlm) [Entry date 06/13/96]

6/13/96   65      NOTICE OF INTENT TO INTRODUCE UNDER RULE 404(b) by
                  plaintiff USA (copy submitted to Chief Judge Gilbert for
                  review) (vlm) [Entry date 06/13/96]

⌣                                    ⌣

Proceedings include all events.                              TERMED
4:95cr40040-ALL USA v. Morris, et al

6/18/96  66    MINUTES OF DAY 1 OF JURY TRIAL (MICHAEL McCLINTON) (kjr):
               before Chief Judge J. P. Gilbert; jury selected; trial
               began as to Michael McClinton; oral motion for rule
               regarding witnesses granted; granting motion in limine to
               exclude testimony regarding gang activity or affiliation on
               the of any or all of the defendants [60-1]; court holds
               hearing on letter received from defendant's mother
               regarding dissatisfaction of retained counsel; defendant
               advises he is satisifed with counsel and trial to proceed;
               juror #8 taken ill and replaced with alternate juror;
               plaintiff begins presenting testimony through witnesses
               (cc: all counsel) Court Reporter Jane McCorkle (vlm)
               [Entry date 06/19/96]

6/19/96  67    MINUTES OF DAY 2 OF JURY TRIAL (MICHAEL McCLINTON) (kjr):
               before Chief Judge J. P. Gilbert; government continues to
               present evidence through witnesses; government rests at
               4:13 PM; motion for directed verdict denied; defendant
               calls no witnesses; defendant rests at 4:22; jury to return
               and trial to resume at 9:00 AM on 6/20/96 (cc: all counsel)
               Court Reporter Jane McCorkle (vlm) [Entry date 06/20/96]

6/20/96  68    MINUTES OF DAY 3 JURY TRIAL OF MICHAEL McCLINTON (kjr):
               before Chief Judge J. P. Gilbert;  jury verdict finding
               Michael McClinton (3) as to count 2s guilty and finding
               Michael McClinton (3) as to count 1s not guilty;
               Sent/disp hrg set for 9:00 AM 9/19/96 for Michael
               McClinton before Chief Judge J. P. Gilbert in the
               USDC/Benton, IL; defendant detained & government's oral
               motion to withdraw exhibits is granted; exhibit list and
               jury notes attached to minutes (cc: all counsel)  Court
               Reporter Jane McCorkle (djs) [Entry date 06/28/96]

6/20/96  69    VERDICT OF GUILTY as to count 2 of superseding indictment
               as to Michael McClinton (djs) [Entry date 06/28/96]

6/20/96  70    VERDICT OF NOT GUILTY as to count 1 of superseding
               indictment as to Michael McClinton (djs)
               [Entry date 06/28/96]

6/20/96  71    JURY Instructions GIVEN (djs) [Entry date 06/28/96]
               [Edit date 06/28/96]

6/20/96  72    JURY Instructions WITHDRAWN & REFUSED (djs)
               [Entry date 06/28/96] [Edit date 06/28/96]

6/20/96  --    JURY Instructions "CLEAN COPY" consisting of 1 envelope (djs)
               [Entry date 06/28/96]

6/20/96  --    EXHIBITS from jury trial of MICHAEL McCLINTON (# of
               envelopes 1)  placed in Benton vault (djs)
               [Entry date 06/28/96]

Proceedings include all events.                                    TERMED
4:95cr40040-ALL USA v. Morris, et al

| Date | No. | Description |
|---|---|---|
| 6/27/96 | -- | RECEIPT for PERMANENT RELEASE (RETURN) of exhibit 1 (15 grams of crack cocaine) executed by Brenn Talbert (djs) [Entry date 06/28/96] |
| 6/28/96 | -- | RETURN OF SERVICE (WHCAT) executed as to Woodrow Wilson Phillips on 6/25/96 (vlm) [Entry date 07/01/96] |
| 7/2/96 | -- | TRANSCRIPT of hearing on representation of MICHAEL McCLINTON by Mr. Verity; 1 volume before Chief Judge Gilbert on 6/18/96 Court Reporter: Jane McCorkle (djs) [Entry date 07/02/96] |
| 7/2/96 | 73 | JUDGMENT of Acquittal on count 1 of the indictment issued as to Michael McClinton by Chief Judge J. P. Gilbert (cc: all counsel) (djs) [Entry date 07/09/96] |
| 7/15/96 | -- | RETURN OF SERVICE executed on 6/12/96 by returning Andre Allen to Williamson County Courthouse (djs) [Entry date 07/17/96] |
| 7/15/96 | -- | RETURN OF SERVICE executed on 6/12/96 by delivering Taron Tucker, Fonte Anthony, Cornelius Glenn & Delance Montgomery to Williamson County Jail (djs) [Entry date 07/17/96] |
| 8/15/96 | 74 | Notice/acknowledgment as to defendant Antwin Morris concerning the presentence investigation report by plaintiff USA (no objections to be filed) (cc: Chief Judge Gilbert, Probation Office) (djs) [Entry date 08/16/96] |
| 8/23/96 | 75 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT by defendant Damako E Ransom (SEALED) (copy to Chief Judge Gilbert and Probation) (vlm) [Entry date 08/23/96] |
| 8/27/96 | 76 | NOTICE to all parties. Sent/disp hearing reset to 10:00 am on 9/13/96 for Damako E Ransom before Chief Judge J. P. Gilbert in the USDC/Benton, IL as to Damako E Ransom(THIS MATTER IS REMOVED FROM THE 9:00 SETTING.) (cc: all counsel) (kjr) [Entry date 08/27/96] |
| 8/27/96 | 77 | NOTICE to all parties. Sent/disp hearing reset to 10:30 am on 9/13/96 for Antwin Morris before Chief Judge J. P. Gilbert in the USDC/Benton, IL as to Antwin Morris (THIS MATTER IS REMOVED FROM THE 9:00 A.M. SETTING.) (cc: all counsel) (kjr) [Entry date 08/27/96] |
| 8/28/96 | 78 | PLEA Agreement as to Antwin Morris (vlm) [Entry date 08/29/96] |
| 8/28/96 | 79 | PLEA Agreement as to Damako E Ransom (vlm) [Entry date 08/29/96] |

Proceedings include all events.                                          TERMED
4:95cr40040-ALL USA v. Morris, et al

8/28/96   80      Notice/acknowledgment as to defendant Damako E Ransom
                  concerning the presentence investigation report by
                  plaintiff USA (P.S.I. Acceptable) (cc: Chief Judge Gilbert
                  and Probation Office) (vlm) [Entry date 08/29/96]

8/28/96   81      Notice/acknowledgment as to defendant Michael McClinton
                  concerning the presentence investigation report by
                  plaintiff USA (P.S.I. Acceptable) (cc: Chief Judge Gilbert
                  and Probation Office) (vlm) [Entry date 08/29/96]

8/30/96   82      MOTION to continue 9/13/96 sentencing hearings of
                  defendant Antwin Morris and Damako E Ransom by USA as to
                  Antwin Morris, Damako E Ransom w/prop order (djs)
                  [Entry date 09/03/96]

8/30/96   83      MOTION to continue 9/19/96 sentencing hearing of defendant
                  Michael McClinton by USA as to Michael McClinton w/prop
                  order (djs) [Entry date 09/03/96]

9/10/96   84      ORDER by Chief Judge J. P. Gilbert granting motion to
                  continue 9/13/96 sentencing hearings of defendant Antwin
                  Morris and Damako E Ransom [82-1]; Sent/disp hrg reset for
                  9:30 AM 11/22/96 before Chief Judge J. P. Gilbert in the
                  USDC/Benton, IL as to Antwin Morris, Damako E Ransom (cc:
                  all counsel) (djs) [Entry date 09/11/96]

9/10/96   85      ORDER by Chief Judge J. P. Gilbert granting motion to
                  continue 9/19/96 sentencing hearing of defendant Michael
                  McClinton [83-1]; Sent/disp hrg reset for 1:30 PM 11/7/96
                  for Michael McClinton before Chief Judge J. P. Gilbert in
                  the USDC/Benton, IL (cc: all counsel) (djs)
                  [Entry date 09/11/96]

9/12/96   --      REMARK -- Pursuant to instructions from Chief Judge
                  Gilbert, copy of 9/4/96 letter from Damako Ransom sent to
                  his counsel of record and U.S. Probation (vlm)
                  [Entry date 09/12/96]

9/19/96   86      MOTION by Attorney Charles L Nesbit to withdraw as
                  attorney of record for Damako E Ransom with proposed order
                  (vlm) [Entry date 09/19/96]

9/19/96   87      MOTION to amend objection to presentence report of Damako
                  E Ransom by Damako E Ransom with proposed order (vlm)
                  [Entry date 09/19/96]

9/30/96   88      NOTICE to all parties.  Sent/disp hearing reset to 1:30 pm
                  on 11/21/96 for Antwin Morris before Chief Judge J. P.
                  Gilbert in the USDC/Benton, IL as to Antwin Morris (THIS
                  MATTER IS REMOVED FROM THE 11/22/96 SETTING.) (cc: all
                  counsel) (kjr) [Entry date 09/30/96]

Proceedings include all events.                                    TERMED
4:95cr40040-ALL USA v. Morris, et al

9/30/96   89      NOTICE to all parties.  Sent/disp hearing reset to 2:00 pm
                  on 11/21/96 for Damako E Ransom before Chief Judge J. P.
                  Gilbert in the USDC/Benton, IL as to Damako E Ransom (THIS
                  MATTER IS REMOVED FROM THE 11/22/96 SETTING.) (cc: all
                  counsel) (kjr) [Entry date 09/30/96]

10/18/96  90      PRO SE MOTION for appointment of new attorney (counsel) for
                  Damako E Ransom by Damako E Ransom (copy mailed to
                  AUSAttorney Robert Garrison and Attorney Charles Nesbit on
                  10/25/96) (djs) [Entry date 10/25/96]
                  [Edit date 10/25/96]

10/30/96  91      NOTICE to all parties.  Sent/disp hearing reset to 1:30 pm
                  on 12/11/96 for Antwin Morris before Chief Judge J. P.
                  Gilbert in the USDC/Benton, IL as to Antwin Morris(THIS
                  MATTER IS REMOVED FROM THE 11/21/96 SETTING.) (cc: all
                  counsel) (kjr) [Entry date 10/30/96]

10/30/96  92      NOTICE to all parties.  Sent/disp hearing reset to 2:00 pm
                  on 12/11/96 for Damako E Ransom before Chief Judge J. P.
                  Gilbert in the USDC/Benton, IL as to Damako E Ransom (THIS
                  MATTER IS REMOVED FROM THE 11/21/96 SETTING.) (cc: all
                  counsel) (kjr) [Entry date 10/30/96]

11/7/96   93      MINUTES OF DISPOSITION (MICHAEL McCLINTON) (kjr):  before
                  Chief Judge J. P. Gilbert sentencing Michael McClinton (3)
                  count(s) 2s: defendant committed to the custody of the USBP
                  for a term of 63 months as to count 2 of the Superseding
                  Indictment; upon release from imprisonment, defendant
                  on supervised release for 5 years to count 2 of the
                  Superseding Indictment; defendant fined a total amount of
                  $500.00 (interest waived); defendant to pay a special
                  assessment in the amount of $50.00; defendant remanded to
                  the custody of the U.S. Marshal; statistically dismissing
                  count 1 as to Michael McClinton (3) due to dismissal of
                  count 1s as to Michael McClinton (cc: all counsel) Court
                  Reporter Jane McCorkle (vlm) [Entry date 11/13/96]

11/7/96   94      PRESENTENCE Report on Michael McClinton (original sealed
                  and held in sealed document area). (vlm)
                  [Entry date 11/15/96]

11/7/96   95      RECOMMENDATION as to Michael McClinton (original sealed and
                  held in sealed document area). (vlm) [Entry date 11/15/96]

11/15/96  96      NOTICE OF APPEAL on behalf defendant Michael McClinton;
                  regarding [93-1]  (cc: all counsel) (vlm)
                  [Entry date 11/18/96]

11/15/96  97      MOTION to appeal in forma pauperis by Michael McClinton
                  with proposed order (vlm) [Entry date 11/18/96]

11/15/96  98      AFFIDAVIT of Michael McClinton in support of the Motion to
                  Proceed on Appeal In Forma Pauperis [97-1] (vlm)

Proceedings include all events.                                     TERMED
4:95cr40040-ALL USA v. Morris, et al

                    [Entry date 11/18/96]

11/15/96 --    JURISDICTIONAL STATEMENT pursuant to Circuit Rule #3 by
               defendant Michael McClinton (vlm) [Entry date 11/18/96]
               [Edit date 12/02/96]

11/18/96 --    SHORT RECORD transmitted to USCA-7 [96-1] (vlm)
               [Entry date 11/18/96]

11/18/96 99    JUDGMENT and Commitment issued as to Michael McClinton  by
               Chief Judge J. P. Gilbert (cc: all counsel, financial
               deputy, USAttorney Financial Litigation Unit) (djs)
               [Entry date 11/19/96]

11/25/96 --    NOTIFICATION by Circuit Court of Appellate Docket Number
               regarding [96-1]:   USCA Number: 96-3921 (Michael
               McClinton) (vlm) [Entry date 11/25/96]

12/2/96  --    RECORD ON APPEAL (MICHAEL McCLINTON) prepared:  Vol(s) of
               Pleadings: 1, Vol(s) of transcripts: 1, env of exhibits: 1,
               1 envelope of "clean" jury instructions, and 2 sealed
               envelopes containing PSI and Recommendation [96-1] (vlm)
               [Entry date 12/02/96]

1/10/97  100   NOTICE to all parties.  Sent/disp hearing set at 9:30 am
               on 2/27/97 for Antwin Morris before Chief Judge J. P.
               Gilbert in the USDC/Benton, IL as to Antwin Morris (cc:
               all counsel) (kjr) [Entry date 01/10/97]

1/10/97  101   NOTICE to all parties.  Sent/disp hearing set at 10:00 am
               on 2/27/97 for Damako E Ransom before Chief Judge J. P.
               Gilbert in the USDC/Benton, IL as to Damako E Ransom (cc:
               all counsel) (kjr) [Entry date 01/10/97]

1/21/97  --    JUDGMENT and Commitment returned executed on 12/18/96 as to
               Michael McClinton (djs) [Entry date 01/23/97]

2/27/97  102   MINUTES OF SENTENCING (ANTWIN MORRIS) (kjr):  before Chief
               Judge J. P. Gilbert sentencing Antwin Morris (1) count(s)
               1s: defendant committed to the custody of the U.S.B.P. for
               a term of 58 months, to be followed by a 5 year term of
               supervised release; defendant to pay a $500.00 fine
               (interest waived) and a $50.00 special asssessment;
               defendant remanded to the custody of the U.S. Marshal;
               dismissing counts as to Antwin Morris (1) count(s) 1:
               statistically dismissed due to sentencing as to count 1s
               (cc: all counsel) Court Reporter Jane McCorkle (vlm)
               [Entry date 02/28/97]

Proceedings include all events.                                                      TERMED
4:95cr40040-ALL USA v. Morris, et al

2/27/97   103   MINUTES OF SENTENCING (DAMAKO RANSOM) (kjr):  before Chief
                Judge J. P. Gilbert sentencing Damako E Ransom (2)
                count(s) 1s: defendant committed to the custody of the
                U.S.B.P. for a term of 90 months as to count 1s, to be
                followed by a 5 year term of supervised release; defendant
                to pay a $500.00 fine (interest waived) and a $50.00
                special assessment; defendant remanded to the of the U.S.
                Marshal; dismissing counts as to Damako E Ransom (2)
                count(s) 1: statistically dismissing count 1 due to
                sentencing as to count 1s as to Damako E Ransom; case
                terminated as to Antwin Morris, Damako E Ransom, Michael
                McClinton;  finding the motion for appointment of new
                attorney (counsel) for Damako E Ransom [90-1] moot,
                withdrawing motion to amend objection to presentence report
                of Damako E Ransom [87-1], withdrawing motion by Attorney
                Charles L Nesbit to withdraw as attorney of record for
                Damako E Ransom [86-1] (cc: all counsel) Court Reporter
                Jane McCorkle (vlm) [Entry date 02/28/97]

2/27/97   104   Notice/acknowledgment as to defendant Antwin Morris
                concerning the presentence investigation report by
                defendant Antwin Morris (P.S.I. Acceptable) (cc: Probation
                Office & Chief Judge Gilbert) (vlm) [Entry date 03/03/97]

2/27/97   105   RECOMMENDATION as to Damako E Ransom (original sealed and
                held in sealed document area). (vlm) [Entry date 03/03/97]

2/27/97   106   PRESENTENCE Report on Damako E Ransom (original sealed and
                held in sealed document area). (vlm) [Entry date 03/03/97]

2/27/97   107   RECOMMENDATION as to Antwin Morris (original sealed and
                held in sealed document area). (vlm) [Entry date 03/03/97]

2/27/97   108   PRESENTENCE Report on Antwin Morris (original sealed and
                held in sealed document area). (vlm) [Entry date 03/03/97]

3/5/97    109   JUDGMENT and Commitment issued as to Damako E Ransom  by
                Chief Judge J. P. Gilbert (cc: all counsel) (vlm)
                [Entry date 03/05/97]

3/5/97    110   JUDGMENT and Commitment issued as to Antwin Morris  by
                Chief Judge J. P. Gilbert (cc: all counsel) (vlm)
                [Entry date 03/05/97]

3/17/97   111   AMENDED JUDGMENT and Commitment issued as to Damako E
                Ransom by Chief Judge J. P. Gilbert (cc: all counsel) (vlm)
                [Entry date 03/17/97]

3/19/97   112   ORDER by Chief Judge J. P. Gilbert denying as moot the
                motion to appeal in forma pauperis [97-1]  (cc: all counsel
                and U.S.C.A. 7) (vlm) [Entry date 03/19/97]

Proceedings include all events.                                    TERMED
4:95cr40040-ALL USA v. Morris, et al

| | | |
|---|---|---|
| 4/8/97 | 113 | SECOND MOTION to withdraw as attorney on appeal for Michael McClinton by Attorney Duane Verity with proposed order (vlm) [Entry date 04/08/97] |
| 4/14/97 | -- | JUDGMENT and Commitment returned executed on 4/7/97 as to Antwin Morris (mst) [Entry date 04/16/97] |
| 4/17/97 | 114 | ORDER by Chief Judge J. P. Gilbert denying motion to withdraw as attorney on appeal for Michael McClinton [113-1] since Attorney Verity must apply to the Seventh Circuit to be relieved of his representation of Mr. McClinton (cc: all counsel) (vlm) [Entry date 04/18/97] |
| 4/17/97 | -- | JUDGMENT and Commitment returned executed on 4/14/97 as to Damako E Ransom (vlm) [Entry date 04/18/97] |
| 4/17/97 | -- | AMENDED JUDGMENT and Commitment returned executed on 4/14/97 as to Damako E Ransom (vlm) [Entry date 04/18/97] |
| 6/2/97 | -- | TRANSCRIPT of June 18, 19, and 20, 1996 jury trial of Michael McClinton; 3 volume(s) Court Reporter: Jane McCorkle (jep) [Entry date 06/02/97] |
| 6/2/97 | -- | TRANSCRIPT of 11/7/96 sentencing hearing of Michael McClinton; 1 volume(s) Court Reporter: Jane McCorkle (jep) [Entry date 06/02/97] |
| 6/16/97 | 115 | MOTION for an order for complete trial transcripts by Michael McClinton without proposed order (vlm) [Entry date 06/17/97] |
| 6/16/97 | 116 | AFFIDAVIT of Duane P. Verity on behalf of defendant Michael McClinton regarding Motion for Complete Trial Transcripts [115-1] (vlm) [Entry date 06/17/97] |
| 6/17/97 | 117 | CJA FORM 24 (Authorization and Voucher for Transcript Payment) by Chief Judge J. Phil Gilbert approving transcription fees in the total amount of $1,146.00 to Court Reporter Jane McCorkle for the trial and sentencing transcript as to Michael McClinton (vlm) [Entry date 06/19/97] |
| 10/24/97 | -- | TRANSCRIPT (MICHAEL McCLINTON) of Voir Dire Examination and Opening Statements; 1 volume(s) Court Reporter: Jane McCorkle (vlm) [Entry date 10/24/97] |
| 10/24/97 | -- | TRANSCRIPT (MICHAEL McCLINTON) of Closing Arguments of Counsel; 1 volume(s) Court Reporter: Jane McCorkle (vlm) [Entry date 10/24/97] |
| 10/28/97 | 118 | ORDER by Chief Judge J. P. Gilbert granting defendant MICHAEL McCLINTON'S motion for an order for complete trial transcripts [115-1] (cc: all counsel) (jep) [Entry date 10/28/97] |

Proceedings include all events.
4:95cr40040-ALL USA v. Morris, et al                              TERMED

10/31/97 119    CJA FORM 24 (Authorization and Voucher for Transcript
                Payment) by Chief Judge Gilbert approving transcription
                fees as to Michael McClinton in the amount of $297.00 to
                Court Reporter Jane McCorkle (vlm) [Entry date 11/04/97]

11/21/97 --     RECORD ON APPEAL (MICHAEL McLINTON) checked out by Duane P.
                Verity for defendant Michael McClinton [96-1] consisting of
                one vol pleadings and seven vols transcripts (msd)
                [Entry date 11/21/97]

12/5/97  --     RECORD ON APPEAL (Michael McClinton) returned by attorney
                Attorney Dwayne Verity (1 volume of pleadings and 7 volumes
                of transcripts) [96-1] (vlm) [Entry date 12/08/97]

4/16/98  --     REQUEST faxed from USCA-7 to transmit Record on Appeal
                [96-1] (McClinton) (vlm) [Entry date 04/16/98]

4/16/98  --     RECORD on Appeal (Michael McClinton) (1 volumes of
                pleadings, 7 volumes of transcripts, 2 sealed envelopes
                containing PSI and Recommendation, 1 envelope of exhibits
                and 1 envelope of "clean" jury sent to USCA-7 via UPS [96-1]
                (vlm) [Entry date 04/16/98] [Edit date 05/13/98]

7/21/98  120    MANDATE from Circuit Court affirming the decision of the
                District Court [96-1] (MICHAEL MCCLINTON); ROA was returned
                (1 vol pleadings, vol transcripts, 2 sealed envelopes, 1
                envelope of "clean" jury instructions and 1 envelope of
                exhibits) (vlm) [Entry date 07/22/98]
                [Edit date 10/28/98]

8/27/98  --     PSI & Recommendation sent to Probation as to Antwin Morris
                and Damako Ransom (dka) [Entry date 08/27/98]

10/28/98 --     RETURN of exhibits to U.S. Attorney/Benton (exhibit/witness
                list attached - all circled items returned) as to Michael
                McClinton with request for acknowledgment of receipt of
                exhibits (vlm) [Entry date 10/28/98]

10/28/98 121    NOTICE (NGJ/vlm) to Attorney Duane Verity (for Michael
                McClinton) that if exhibits in custody of the Clerk are not
                removed within 30 days, an Order of Court will be entered
                disposing of the exhibits; Exhibit/Witness List Attached -
                all circled items in possession of the Clerk (vlm)
                [Entry date 10/29/98]

10/29/98 --     ACKNOWLEDGMENT of receipt of exhibits (MICHAEL McCLINTON)
                by plaintiff USA (vlm) [Entry date 11/02/98]

12/3/98  122    ORDER by Chief Judge J. P. Gilbert re Notice regarding
                exhibits [121-1]; exhibits in the custody of the Clerk
                which have not been removed pursuant to the Notice are
                ORDERED DESTROYED (cc: all counsel) (vlm)
                [Entry date 12/03/98]

```
Proceedings include all events.                                    TERMED
4:95cr40040-ALL USA v. Morris, et al
```

12/3/98   --      REMARK:  Exhibits (as to Michael McClinton) DESTROYED (vlm)
                  [Entry date 12/03/98]

5/24/00   123     TRANSFER of Jurisdiction of Probation ordered by Chief Judge
                  Gilbert to ND/IL as to defendant Antwin Morris (copy to
                  Clerk, ND/IL, Probation, USAttorney, and ESL financial
                  deputy) (djs) [Entry date 05/30/00] [Edit date 05/30/00]

5/30/00   --      LETTER to Clerk, ND/IL, with certified copy of transfer of
                  jurisdiction as to Antwin Morris and docket sheet and
                  indicating that indictment and judgment and commitment will
                  be sent upon receipt of file from FRC (djs)
                  [Entry date 05/30/00]

Mr. Michael C. Dobbins, Clerk
U.S. Clerk's Office
Northern District of Illinois
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604